# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 94-06003-CR-HURLEY/MATTHEWMAN

**UNITED STATES OF AMERICA,**
  **Plaintiff,**

v.

**ROBERT LEWIS SMITH,**
  **Defendant.**
-------------------------------------------/

## *ORDER ADOPTING REPORT AND RECOMMENDATIONS AND SETTING HEARING*

**THIS CAUSE** comes before the court upon written report from the United States Probation Office that the above named defendant violated the conditions of supervision and upon the Report and Recommendations of a United States Magistrate Judge, [DE 954]. Upon consideration, it is

**ORDERED** and **ADJUDGED** that:

1. The Magistrate Judge's Report and Recommendations are **adopted**.

2. A sentencing hearing will be conducted on **Wednesday, October 10, 2012**, at **3:00 p.m.** in Courtroom 5 at the U.S. Courthouse, 701 Clematis Street, West Palm Beach, Florida.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 10th day of September, 2012.

**copy furnished:**
AUSA Brandy B. Galler
AFPD Neison Marks
United States Marshal's Service
United States Probation Office

Daniel T. K. Hurley
United States District Judge